IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALICIA DAWSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00458-SDJ-AGD |
| | § | |
| WAL-MART STORES, INC. et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 13, 2025, the Report of the Magistrate Judge, (Dkt. #47), was entered containing proposed findings of fact and recommendation that Defendants' Amended Motion for Summary Judgment (Dkt. #37) be granted. The court further recommended that Plaintiff's case be dismissed with prejudice.

On February 27, 2025, Plaintiff filed timely objections to the Report (Dkt. #52). On March 13, 2025, Defendants filed a Response to Plaintiff's Objections (Dkt. #55). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #52) and the portions of the Report to which Plaintiff specifically objects, as well as Defendants' Response (Dkt. #55). Having done so, the Court is of the opinion that the findings of

the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendants' Amended Motion for Summary Judgment (Dkt. #37) is **GRANTED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that any request for relief not addressed by the Report (Dkt. #47) is **DENIED as moot**.

**So ORDERED and SIGNED this 28th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE